In the Matter of BARKER CENTRAL SCHOOL DISTRICT et al., Respondents, v NIAGARA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants, et al., Respondents.

In the Matter of TOWN OF SOMERSET et al., Respondents, v NIAGARA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants. (And Another Proceeding).

Submitted August 17, 2009; decided September 17, 2009

Reported below, 62 AD3d 1239.

Motion by Independent Power Producers of New York, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

Judge READ taking no part.

━━━━━━━━

LEONARD EIDLISZ, Respondent, v NEW YORK UNIVERSITY et al., Appellants.

Submitted July 21, 2009; decided September 17, 2009

Reported below, 61 AD3d 473.

Motion for a stay granted.

━━━━━━━━

MARVIN GIBBS, Respondent, v ST. BARNABAS HOSPITAL, Respondent, and FAUSTO VINCES, M.D., Appellant, et al., Defendants.

Submitted August 10, 2009; decided September 17, 2009

Reported below, 61 AD3d 599.

Motion to dismiss the appeal herein denied.

━━━━━━━━

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 941.

778

Motion by New York State Association of Counties for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 941.

Motion by New Yorkers for Constitutional Freedoms for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 64 AD3d 168.

Motion by Institute for Justice for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 64 AD3d 168.

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.